THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREIDA BECKWITH, Respondent, v. RALPH STORMS, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES O. SEBRING, Respondent, v. SAMUEL E. QUACKENBUSH, Mayor of Corning, and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Probate of the Last Will and Testament of SARAH A. LAFLAM, Late of the City of Oswego, N. Y., Deceased.— Decree and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JOSEPHINE SUCHER and Another, as Administrators, etc., of GEORGE A. SUCHER, Deceased, Respondents, v. GEORGE B. MILES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM G. GAGE, Plaintiff, v. DEWITT GARDNER and Others, Defendants. FRANK B. DILTS and Others, as Commissioners, etc., Appellants; FULTON LIGHT, HEAT AND POWER COMPANY, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AMELIA K. HECK, as Administratrix, etc., of ALBERT W. C. HECK, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the law. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CATHERINE F. BLACK, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY ROGERS, as Administratrix, etc., of BERT R. ROGERS, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law and complaint dismissed, with costs, on the authority of *Borelli* v. *International Railway Co.* (240 N. Y. 54). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAVID H. BISGEIER and Another, Appellants, v. JAMES E. KELLER, Respondent. — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

T. OTTO DREWS, Respondent, v. CARL DREWS, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

WATERLOO WOOLEN MANUFACTURING COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

A. FRANCES M. DAVIS, Respondent, v. PHILANDER J. DAVIS, Appellant, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.